UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**GARY C. ZEITZ, L.L.C.**
ROBIN LONDON-ZEITZ, ESQUIRE (RZ 2933)
LINDA S. FOSSI, ESQUIRE (LF 1720)
1101 Laurel Oak Road, Suite 170
Voorhees, New Jersey 08043
(856) 857-1222
*Attorneys for Creditor,*
MTAG CUST FOR EMPIRE VII NJ PORT.

**Order Filed on June 12, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

WILLIAM N. BUSUND AND JOAN E. BUSUND

Case No.: 16-21666/JNP

Chapter: Thirteen

Hearing Date: June 12, 2018 at 10:00 a.m.

Judge: Jerrold N. Poslusny, Jr.

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following page, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: June 12, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of MTAG Cust for Empire VII NJ Port., on behalf of itself and its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or "Movant"), under Bankruptcy Code Section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for good cause shown.

**IT IS HEREBY ORDERED** as follows:

1. The automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the Movant its successors and/or assigns to constitute or resume and prosecute to conclusion one or more action(s), including, but not limited to, foreclosure and eviction proceedings, in the court(s) or appropriate jurisdiction to foreclose tax sale certificate liens held by the Movant upon the following: Land and premises known as **30 Oakwood Dr, Howell, New Jersey, Block 96, Lot 10.**

2. The Movant may join the debtor and any trustee appointed in this case as defendants in its foreclosure action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.