UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**GARY C. ZEITZ, L.L.C.**
ROBIN LONDON-ZEITZ, ESQUIRE (RZ 2933)
LINDA S. FOSSI, ESQUIRE (LF 1720)
1101 Laurel Oak Road, Suite 170
Voorhees, New Jersey 08043
(856) 857-1222
*Attorneys for Creditor,*
MTAG CUST FOR EMPIRE VII NJ PORT.

Order Filed on June 12, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

WILLIAM N. BUSUND AND JOAN E. BUSUND

Case No.: 16-21666/JNP

Chapter: Thirteen

Hearing Date: June 12, 2018 at 10:00 a.m.

Judge: Jerrold N. Poslusny, Jr.

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following page, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: June 12, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of MTAG Cust for Empire VII NJ Port., on behalf of itself and its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or "Movant"), under Bankruptcy Code Section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for good cause shown.

**IT IS HEREBY ORDERED** as follows:

1. The automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the Movant its successors and/or assigns to constitute or resume and prosecute to conclusion one or more action(s), including, but not limited to, foreclosure and eviction proceedings, in the court(s) or appropriate jurisdiction to foreclose tax sale certificate liens held by the Movant upon the following: Land and premises known as **30 Oakwood Dr, Howell, New Jersey, Block 96, Lot 10.**

2. The Movant may join the debtor and any trustee appointed in this case as defendants in its foreclosure action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 16-21666-JNP
William N Busund                                                         Chapter 13
Joan E Busund
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin              Page 1 of 1              Date Rcvd: Jun 12, 2018
                            Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 14, 2018.
db/jdb          +William N Busund,   Joan E Busund,   113 Peach Tree Drive,   Franklinville, NJ 08322-4201

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2018                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 12, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    ROUNDPOINT MORTGAGE SERVICING CORPORATION
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Eric   Clayman    on behalf of Debtor William N Busund jenkins.clayman@verizon.net
              Eric   Clayman    on behalf of Joint Debtor Joan E Busund jenkins.clayman@verizon.net
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Linda S. Fossi    on behalf of Creditor    MTAG Cust for Empire VII NJ Port.
               lfossi@zeitzlawfirm.com,
               gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
              Nicholas V. Rogers    on behalf of Creditor    ROUNDPOINT MORTGAGE SERVICING CORPORATION
               nj.bkecf@fedphe.com
                                                                                             TOTAL: 6