UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**JENKINS & CLAYMAN**
Eric J Clayman, Esquire
412 White Horse Pike
Audubon, NJ 08106
(856) 546-9696
Attorneys for the Debtor

Order Filed on August 22, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

| In Re: | | |
| --- | --- | --- |
| William and Joan Busund | Case No: | 16-21666 |
| Debtor | Chapter: | 13 |
| | Judge: | JNP |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED.**

**DATED: August 22, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised it is:

ORDERED that _____Jenkins & Clayman_____, the applicant is allowed a fee of $__400.00_____ for services rendered and expenses in the amount of $___10.85_____ for a total of $_____410.85_____.  The allowance shall be payable:

☒  through the Chapter 13 plan as an administrative priority.

☐  outside the plan.

The debtor's monthly plan is modified to require a payment of $_____400.00_____ per month for _____410.85_____ months to allow for payment of the foresaid fee.

United States Bankruptcy Court
District of New Jersey

In re:
William N Busund
Joan E Busund
       Debtors

Case No. 16-21666-JNP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Aug 22, 2018
                     Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 24, 2018.
db/jdb         +William N Busund,   Joan E Busund,   113 Peach Tree Drive,   Franklinville, NJ 08322-4201

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2018                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 22, 2018 at the address(es) listed below:
        Denise E. Carlon   on behalf of Creditor   ROUNDPOINT MORTGAGE SERVICING CORPORATION
        dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
        Eric Clayman   on behalf of Debtor William N Busund jenkins.clayman@verizon.net,
        connor@jenkinsclayman.com
        Eric Clayman   on behalf of Joint Debtor Joan E Busund jenkins.clayman@verizon.net,
        connor@jenkinsclayman.com
        Isabel C. Balboa   ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
        Linda S. Fossi   on behalf of Creditor   MTAG Cust for Empire VII NJ Port.
        lfossi@zeitzlawfirm.com,
        gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
        Nicholas V. Rogers   on behalf of Creditor   ROUNDPOINT MORTGAGE SERVICING CORPORATION
        nj.bkecf@fedphe.com
                                                     TOTAL: 6