UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jenkins & Clayman
412 White Horse Pike
Audubon, NJ 08106
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

by: Eric J Clayman

Order Filed on September 27, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey

In Re:

William Busund

Case No.: 16-21666

Chapter: 13

Judge: JNP

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: September 27, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

After review of the application of ___Jenkins & Clayman___ for the reduction of time for a hearing on ___Motion to Approve Post-Petition Financing to pay off Mortgage Balance and Chapter 13 Bankruptcy Plan___ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on ___October 2, 2018___ at ___10:00 am___ in the United States Bankruptcy Court, ___400 Cooper Street, 4th Floor Camden, N.J. 08101 Courtroom 4C___, Courtroom No. ___4C___.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: ___Trustee, Isabel C. Balboa, RoundPoint Mortgage Servicing Corp, Phelan Hallinan Diamond & Jones, PC Central Valley Lending Services___

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax, ☒ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: ___All creditors___

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☒ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

    ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

    ☒ may be presented orally at the hearing.

8.   ☒ Court appearances are required to prosecute the motion/application and any objections.

    ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*

3