UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

JENKINS & CLAYMAN
Eric J Clayman, Esq.
412 White Horse Pike
Audubon, NJ 08106
(856)546-9696
Attorney for Debtor

**Order Filed on October 2, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

   William Busund,
   Debtor

Case No.: 16-21666

Chapter: 13

Hearing Date: _____

Judge: JNP

## ORDER APPROVING POST-PETITION FINANCING

The relief set forth on the following pages, numbered two (2) through three (3) is **ORDERED**.

**DATED: October 2, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

THIS MATTER having come before the Court on the debtor's Motion to Approve Post-Petition Financing, and the Court having considered the debtor's motion and any opposition thereto, and good and sufficient cause appearing therefrom for the entry of this order, it is hereby

ORDERED that the debtor(s) be and hereby are allowed to refinance real property located at _____113 Peach Tree Drive Franklinville, NJ 08322  Gloucester County_____ pursuant to the terms outlined in the debtor's certification in support of the refinancing motion; and it is further

ORDERED that from the funds received in connection with the refinance, all liens on the property shall be paid in full, at closing; and it is further

ORDERED that debtor(s) are authorized to pay the usual and necessary costs and expenses of settlement; and it is further

ORDERED that the debtor shall:
- ☒ Satisfy all Plan obligations from financing proceeds
- ❏ Continue to make payments under the Plan as proposed or confirmed
- ❏ Modify the Plan as follows:

ORDERED that debtor's counsel shall be allowed a legal fee of $ _____500.00_____ for representation in connection with this motion, which is to be paid (**choose one**):

❏ at closing        ☒ through the plan        ❏ outside the plan;

and it is further

2

ORDERED that the chapter 13 trustee shall be provided with a copy of the HUD-1 settlement statement within seven (7) days of the closing of the refinance; and it is further

ORDERED that Fed. R. Bankr. P. 6004(h), which provides for a 14 day stay of this order,

    ❑ is applicable    ☒ is not applicable

ORDERED that the following other provisions apply:

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
William N Busund  
Joan E Busund  
     Debtors

Case No. 16-21666-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Oct 02, 2018  
                     Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2018.  
db/jdb       +William N Busund,   Joan E Busund,   113 Peach Tree Drive,   Franklinville, NJ 08322-4201

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2018                                                               Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2018 at the address(es) listed below:

        Denise E. Carlon    on behalf of Creditor    ROUNDPOINT MORTGAGE SERVICING CORPORATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Eric Clayman    on behalf of Debtor William N Busund jenkins.clayman@verizon.net, connor@jenkinsclayman.com  
        Eric Clayman    on behalf of Joint Debtor Joan E Busund jenkins.clayman@verizon.net, connor@jenkinsclayman.com  
        Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Linda S. Fossi    on behalf of Creditor    MTAG Cust for Empire VII NJ Port. lfossi@zeitzlawfirm.com, gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com  
        Nicholas V. Rogers    on behalf of Creditor    ROUNDPOINT MORTGAGE SERVICING CORPORATION nj.bkecf@fedphe.com

                                                                                                                                                          TOTAL: 6