Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16−21666−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   William N Busund                                           Joan E Busund
   113 Peach Tree Drive                              113 Peach Tree Drive
   Franklinville, NJ 08322                          Franklinville, NJ 08322

Social Security No.:
   xxx−xx−9130                                               xxx−xx−5648

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on November 4, 2016.

On August 11, 2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:                   September 15, 2021
Time:                 10:00 AM
Location:           4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: August 12, 2021
JAN:

                                                                               Jeanne Naughton
                                                                               Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 16-21666-JNP
William N Busund  Chapter 13
Joan E Busund
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 3
Date Rcvd: Aug 12, 2021  Form ID: 185  Total Noticed: 37

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#\#  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William N Busund, Joan E Busund, 113 Peach Tree Drive, Franklinville, NJ 08322-4201 |
| cr | + | ROUNDPOINT MORTGAGE SERVICING CORPORATION, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 516418639 | | Apex Asset Management, LLC, Center for Eyecare, PO Box 5407, Lancaster, PA 17606-5407 |
| 516237545 | | Arthritis, Rheumatic & Back Disease Asc, 2309 Evesham Rd, Ste 101, Voorhees, NJ 08043-1559 |
| 516237547 | | Center for eye care, C/O Apex Asset Management LLC, 2501 Oregon Pike Ste 102, Lancaster, PA 17601-4890 |
| 516237548 | + | Chase Bank USA, N.A., C/O GC Services Limited Partnership, PO BOX 1545, Houston, TX 77251-1545 |
| 516237550 | | Cooper Univeristy Health Care, PO Box 95000-4345, Philadelphia, PA 19195-4345 |
| 516237551 | | First Premier Bank, PO Box 5519, Sioux Falls, SD 57117-5519 |
| 516237554 | + | Kennedy Health, C/O Financial Recoveries, 200 E Park Dr, Suite 100, Mount Laurel, NJ 08054-1297 |
| 516237555 | + | LabCorp, PO Box 2240, Burlington, NC 27216-2240 |
| 516237557 | + | Newark Federal Employees, 970 Broad St, Ste 735, Newark, NJ 07102-2534 |
| 516237558 | | PayPal Credit, PO B ox 105658, Atlanta, GA 30348-5658 |
| 516237559 | + | Portfolio Recovery Assoc, C/O Craner Satkin & Scheer, 320 Park Ave, Scotch Plains, NJ 07076-1100 |
| 516237560 | + | Premier Bankcard, LLC, C/O Rushmore Service Center, PO Box 5508, Sioux Falls, SD 57117-5508 |
| 516237561 | | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 516237562 | + | RA Pain Services, PO BOX 4640, Rutherford, NJ 07070-0464 |
| 516237563 | + | Remex Inc., 307 Wall St., Princeton, NJ 08540-1515 |
| 516237564 | + | RoundPoint Mortgage Servicing Corp, C/O Phelan Hallinan Diamond & Jones, PC, 400 Fellowship Rd, Mount Laurel, NJ 08054-3437 |
| 516416410 | + | RoundPoint Mortgage Servicing Corporation, 5016 Parkway Plaza Blvd, Suite 200, Charlotte, NC 28217-1930 |
| 516237565 | + | South Jersey Radiology, C/O Remex Revenue Management Excellence, 307 Wall St., Princeton, NJ 08540-1515 |
| 516237566 | | South Jersey Radiology Associates, PO Box 1710, Voorhees, NJ 08043-7710 |
| 516237567 | | Steven J. Garin, DMD, Haddon Oral Surgeons, PA, 475 Old Marlton Pike, Marlton Pike Prof. Bldg, Marlton, NJ 08053-2089 |
| 516237568 | + | TD Card Services, PO Box 16027, Lewiston, ME 04243-9513 |
| 516237569 | | Visa, PO Box 31279, Tampa, FL 33631-3279 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 12 2021 20:26:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 12 2021 20:26:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516237544 | + | Email/Text: broman@amhfcu.org | Aug 12 2021 20:26:00 | American Heritage FCU, 2060 Red Lion Rd, Philadelphia, PA 19115-1699 |
| 516237546 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 12 2021 20:33:19 | Best Buy Credit Services, PO BOX 9001007, Louisville, KY 40290-1007 |
| 516380047 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 12 2021 20:26:00 | Comenity Capital Bank/Paypal Credit, c/o |

Case 16-21666-JNP    Doc 64    Filed 08/14/21    Entered 08/15/21 00:11:31    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 12, 2021 | Form ID: 185 | Total Noticed: 37 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 516237552 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 12 2021 20:26:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 516237549 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Aug 12 2021 20:33:18 | Chase Slate, CardMember Service, PO BOX 15153, Wilmington, DE 19886-5153 |
| 516237556 | | Email/Text: electronicbkydocs@nelnet.net | Aug 12 2021 20:26:00 | Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 516442426 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 12 2021 20:33:25 | Portfolio Recovery Associates, LLC, c/o Best Buy Credit Card, POB 41067, Norfolk VA 23541 |
| 516417614 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 12 2021 20:26:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518055864 | + | Email/Text: bncmail@w-legal.com | Aug 12 2021 20:26:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121, SYNCHRONY BANK, c/o Weinstein & Riley, P.S. 98121-3132 |
| 518055863 | + | Email/Text: bncmail@w-legal.com | Aug 12 2021 20:26:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 516258094 | + | Email/Text: electronicbkydocs@nelnet.net | Aug 12 2021 20:26:00 | US Department of Education, c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516237553 | ##+ | Jefferson Physician Business Services, PO BOX 40089, Philadelphia, PA 19106-0089 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2021      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor ROUNDPOINT MORTGAGE SERVICING CORPORATION dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Eric Clayman | on behalf of Debtor William N Busund mail@jenkinsclayman.com connor@jenkinsclayman.com |

District/off: 0312-1      User: admin      Page 3 of 3

Date Rcvd: Aug 12, 2021      Form ID: 185      Total Noticed: 37

Eric Clayman
      on behalf of Joint Debtor Joan E Busund mail@jenkinsclayman.com connor@jenkinsclayman.com

Isabel C. Balboa
      on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa
      ecfmail@standingtrustee.com summarymail@standingtrustee.com

Linda S. Fossi
      on behalf of Creditor MTAG Cust for Empire VII NJ Port. lfossi@zeitzlawfirm.com
      gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com

TOTAL: 6