Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  16−21666−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| William N Busund | Joan E Busund |
| 113 Peach Tree Drive | 113 Peach Tree Drive |
| Franklinville, NJ 08322 | Franklinville, NJ 08322 |

Social Security No.:
   xxx−xx−9130                                        xxx−xx−5648

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case
as to the:
     Debtor and Joint Debtor was entered on October 7, 2021.

     Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding
fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from
the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11
U.S.C. § 109(g).

Dated: October 7, 2021
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:

William N Busund

Joan E Busund

    Debtors

Case No. 16-21666-JNP

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Oct 07, 2021 | Form ID: 148 | Total Noticed: 37 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William N Busund, Joan E Busund, 113 Peach Tree Drive, Franklinville, NJ 08322-4201 |
| cr | + | ROUNDPOINT MORTGAGE SERVICING CORPORATION, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 516418639 | | Apex Asset Management, LLC, Center for Eyecare, PO Box 5407, Lancaster, PA 17606-5407 |
| 516237545 | | Arthritis, Rheumatic & Back Disease Asc, 2309 Evesham Rd, Ste 101, Voorhees, NJ 08043-1559 |
| 516237547 | | Center for eye care, C/O Apex Asset Management LLC, 2501 Oregon Pike Ste 102, Lancaster, PA 17601-4890 |
| 516237548 | + | Chase Bank USA, N.A., C/O GC Services Limited Partnership, PO BOX 1545, Houston, TX 77251-1545 |
| 516237550 | | Cooper Univeristy Health Care, PO Box 95000-4345, Philadelphia, PA 19195-4345 |
| 516237554 | + | Kennedy Health, C/O Financial Recoveries, 200 E Park Dr, Suite 100, Mount Laurel, NJ 08054-1297 |
| 516237555 | + | LabCorp, PO Box 2240, Burlington, NC 27216-2240 |
| 516237557 | + | Newark Federal Employees, 970 Broad St, Ste 735, Newark, NJ 07102-2534 |
| 516237558 | | PayPal Credit, PO B ox 105658, Atlanta, GA 30348-5658 |
| 516237559 | + | Portfolio Recovery Assoc, C/O Craner Satkin & Scheer, 320 Park Ave, Scotch Plains, NJ 07076-1100 |
| 516237560 | + | Premier Bankcard, LLC, C/O Rushmore Service Center, PO Box 5508, Sioux Falls, SD 57117-5508 |
| 516237561 | | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 516237562 | + | RA Pain Services, PO BOX 4640, Rutherford, NJ 07070-0464 |
| 516237563 | + | Remex Inc., 307 Wall St., Princeton, NJ 08540-1515 |
| 516237564 | + | RoundPoint Mortgage Servicing Corp, C/O Phelan Hallinan Diamond & Jones, PC, 400 Fellowship Rd, Mount Laurel, NJ 08054-3437 |
| 516416410 | + | RoundPoint Mortgage Servicing Corporation, 5016 Parkway Plaza Blvd, Suite 200, Charlotte, NC 28217-1930 |
| 516237565 | + | South Jersey Radiology, C/O Remex Revenue Management Excellence, 307 Wall St., Princeton, NJ 08540-1515 |
| 516237566 | | South Jersey Radiology Associates, PO Box 1710, Voorhees, NJ 08043-7710 |
| 516237567 | | Steven J. Garin, DMD, Haddon Oral Surgeons, PA, 475 Old Marlton Pike, Marlton Pike Prof. Bldg, Marlton, NJ 08053-2089 |
| 516237568 | + | TD Card Services, PO Box 16027, Lewiston, ME 04243-9513 |
| 516237569 | | Visa, PO Box 31279, Tampa, FL 33631-3279 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 07 2021 20:17:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 07 2021 20:17:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516237544 | + | Email/Text: broman@amhfcu.org | Oct 07 2021 20:17:00 | American Heritage FCU, 2060 Red Lion Rd, Philadelphia, PA 19115-1699 |
| 516237546 | | EDI: CITICORP.COM | Oct 08 2021 00:18:00 | Best Buy Credit Services, PO BOX 9001007, Louisville, KY 40290-1007 |
| 516380047 | + | EDI: WFNNB.COM | Oct 08 2021 00:18:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |

District/off: 0312-1 | User: admin | Page 2 of 3
Date Rcvd: Oct 07, 2021 | Form ID: 148 | Total Noticed: 37

| 516237551 | | EDI: AMINFOFP.COM | | |
| | | | Oct 08 2021 00:18:00 | First Premier Bank, PO Box 5519, Sioux Falls, SD 57117-5519 |
| 516237552 | | EDI: IRS.COM | | |
| | | | Oct 08 2021 00:18:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 516237549 | | EDI: JPMORGANCHASE | | |
| | | | Oct 08 2021 00:18:00 | Chase Slate, CardMember Service, PO BOX 15153, Wilmington, DE 19886-5153 |
| 516237556 | | Email/Text: electronicbkydocs@nelnet.net | | |
| | | | Oct 07 2021 20:17:00 | Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 516442426 | | EDI: PRA.COM | | |
| | | | Oct 08 2021 00:18:00 | Portfolio Recovery Associates, LLC, c/o Best Buy Credit Card, POB 41067, Norfolk VA 23541 |
| 516417614 | + | EDI: JEFFERSONCAP.COM | | |
| | | | Oct 08 2021 00:18:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518055864 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Oct 07 2021 20:17:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121, SYNCHRONY BANK, c/o Weinstein & Riley, P.S. 98121-3132 |
| 518055863 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Oct 07 2021 20:17:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave Ste 400, Seattle, WA 98121-3132 |
| 516258094 | + | Email/Text: electronicbkydocs@nelnet.net | | |
| | | | Oct 07 2021 20:17:00 | US Department of Education, c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |

TOTAL: 14

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 516237553 | ##+ | Jefferson Physician Business Services, PO BOX 40089, Philadelphia, PA 19106-0089 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2021 | Signature: | /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | |
| | on behalf of Creditor ROUNDPOINT MORTGAGE SERVICING CORPORATION dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Eric Clayman | |
| | on behalf of Debtor William N Busund mail@jenkinsclayman.com JenkinsClayman@jubileebk.net |

District/off: 0312-1                          User: admin                          Page 3 of 3
Date Rcvd: Oct 07, 2021                    Form ID: 148                    Total Noticed: 37

Eric Clayman
                          on behalf of Joint Debtor Joan E Busund mail@jenkinsclayman.com  JenkinsClayman@jubileebk.net

Isabel C. Balboa
                          on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
                          ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Linda S. Fossi
                          on behalf of Creditor MTAG Cust for Empire VII NJ Port. lfossi@zeitzlawfirm.com
                          gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com


TOTAL: 6